Mark E. Hindley (#7222)
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999
mehindley@stoel.com

Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (801) 328-3131
Facsimile: (801) 578-6999
etaylor@milbank.com
fzullow@milbank.com

Attorneys for Plaintiff
The Sun Products Corporation

FILED
U.S. DISTRICT COURT

2013 MAY 13 A 9:41

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| THE SUN PRODUCTS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTOR & GAMBLE COMPANY,<br><br>Defendant. | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br><br>Case No. 2:12-cv-00892-DB<br><br>The Honorable Dee Benson |
|---|---|

Based on the Plaintiff's "Voluntary Dismissal with Prejudice," pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby dismissed in its entirety and with prejudice in accordance with and subject to the Settlement

73804311.1 0048326-00001

Agreement dated February 16, between the Parties. Each party to bear his or its own costs, expenses and attorneys' fees.

IT IS SO ORDERED

Dated: 5/10/13

_____
The Honorable Dee Benson
United States District Judge

2